JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD CORTINA, ) | No. ED CV 13-00349-DOC (VBK) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| DIRECTOR OF CORRECTIONS AND ) | |
| REHABILITATION, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 29, 2013

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE